■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE C. BARTLETT, Appellant. [735 NYS2d 450] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in accepting his plea of guilty to two counts of sexual misconduct (Penal Law § 130.20 [1]) without conducting a sufficient factual colloquy. Because defendant failed to move to withdraw his plea or to vacate the judgment of conviction, he failed to preserve that contention for our review (*see, People v Lopez*, 71 NY2d 662, 665; *People v White*, 214 AD2d 811, 812, *lv denied* 86 NY2d 742). In any event, defendant's contention lacks merit. "[I]t is not necessary that a defendant admit guilt when entering an *Alford* plea provided the plea is informed and intelligent" (*People v White, supra,* at 812; *see, North Carolina v Alford*, 400 US 25, 37). Here, the court reviewed the consequences of the plea with defendant, who indicated that he was acting voluntarily after a complete discussion of the matter with defense counsel. The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Sexual Misconduct.) Present—Hayes, J. P., Scudder, Burns, Gorski and Lawton, JJ.